

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STANACARD, LLC,
    156 West 56th Street
    Suite 1601
    New York, NY 10019

              Plaintiff,

- against -

REBTEL NETWORKS, AB,
    P.O. Box 1182
    7th floor
    Augustendalsvägen 19
    131 27 Nacka Strand
    Stockholm, Sweden

- and -

REBTEL MOBILE, INC.,
    987 University Ave., Ste. 6
    Los Gatos, CA 95032

              Defendants.
------------------------------------------------------------X

**RULE 7.1
DISCLOSURE STATEMENT**

## RULE 7.1 DISCLOSURE STATEMENT OF
## STANACARD, LLC

      Plaintiff Stanacard, LLC submits this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and provides the following information:

      Stanacard, LLC is privately owned and has no parent corporation. Accordingly, no public company owns ten percent or more of the stock of Stanacard, LLC.

Dated: New York, New York  
      May __, 2008

Respectfully submitted,

WINSTON & STRAWN LLP

By: _____  
Scott R. Samay, Esq.  
200 Park Avenue  
New York, NY 10166-4193  
(212) 294-6700 (phone)  
(212) 294-4700 (fax)  
ssamay@winston.com

Peter C. McCabe III, Esq.  
W. Gordon Dobie, Esq.  
WINSTON & STRAWN, LLP  
35 W. Wacker Drive  
Chicago, IL 60601-9703  
(312) 558 5600 (phone)  
(312) 558 5700 (fax)  
pmccabe@winston.com  
wdobie@winston.com

Attorneys for Plaintiff Stanacard LLC

NY 1179749.1