| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SCOTT R. SAMAY<br>WINSTON & STRAWN<br>200 PARK AVE.<br>NEW YORK, NY 10166-4193 | (212) 294-6700 | |
| Attorneys for: | Ref. No. Or File No.<br>351373 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT - NEW YORK
500 PEARL STREET

Plaintiff:
STANACARD, LLC

Defendant:
REBTEL NETWORKS, AB

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>08CV74859 RWS |
|---|---|---|---|---|

I, Louis Gutierrez, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; CIVIL CASE COVER SHEET; DISCLOSURE STATEMENT; COMPLAINT AND DEMAND FOR JURY TRIAL; INDIVIDUAL PRATICES OF MAGISTRATE JUDGE HENRY PITMAN; INDIVIDUAL PRACTICES OF JUDGE ROBERT W. SWEET; CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE FORM; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; GUIDELINES FOR ELECTRONIC CASE FILING; PROCEDURES FOR ELECTRONIC CASE FILING

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : REBTEL MOBILE, INC.

By Serving : JENNIFER L. GERANEN - CPA AT OJRM (OFFEREINS, JANDA, ROE & MCCAHAN) FIRM.

Address : 987 UNIVERSITY AVENUE, LOS GATOS, CA 95032
Date & Time : Wednesday, May 28, 2008 @ 11:30am
Witness fees were : Not applicable.

Person serving:
Louis Gutierrez
**Pacific Research & Retrieval, Inc.**
P.O. Box 461, San Jose, CA 95103
408-295-6800    Fax 408-295-6895

a. Fee for service: $77.50
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 1057
   (3) County: Santa Clara
   (4) Expires: 9/6/2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 30, 2008        Signature: _____
                                     Louis Gutierrez


Printed on recycled paper

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

STANACARD, LLC

V.

REBTEL NETWORKS, AB, and
REBTEL MOBILE, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 4859

JUDGE SWEET

TO: (Name and address of Defendant)

REBTEL MOBILE, INC.
987 University Ave., Ste. 6
Los Gatos, CA 95032

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott R. Samay, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MAY 2 3 2008

J. MICHAEL McMAHON

_Catherine Lapsley_
CLERK

(By) DEPUTY CLERK

DATE