# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 214 NORTH TRYON STREET<br>CHARLOTTE, NORTH CAROLINA 28202-1078 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 | 4 STASOVOY ULITSA<br>119071 MOSCOW, RUSSIAN FEDERATION |
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | (212) 294-6700 | ONE RIVERFRONT PLAZA<br>NEWARK, NEW JERSEY 07102-5401 |
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | FACSIMILE (212) 294-4700 | 25, AVENUE MARCEAU<br>CS 31621<br>75773 PARIS CEDEX 16 |
| 99 GRESHAM STREET<br>LONDON EC2V 7NG | www.winston.com | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5802 |
| 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 | | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 |

June 18, 2008

**BY FACSIMILE**

The Honorable Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1920
New York, NY 10007




Re: Case No. 08-cv-4859 (RWS): Stanacard, LLC vs. Rebtel Networks, AB and Rebtel Mobile, Inc.

Dear Judge Sweet:

    Winston & Strawn LLP represents Plaintiff Stanacard, LLC ("Stanacard") in the above referenced matter. We write this letter pursuant to Your Honor's individual practices regarding requests for adjournments or extensions of time.

    Stanacard filed the Complaint in this action on May 23, 2008. Defendant Rebtel Mobile, Inc. was served on May 28, 2008 and had until June 17, 2008 to answer or otherwise move in response to the Complaint. Defendant Rebtel Networks, AB is located in Sweden. As of the date of this letter, Rebtel Networks, AB has not been formally served with the Complaint, however, work has begun in order to effect service upon Rebtel Networks, AB pursuant to the Hague Convention.

    Counsel for the parties have agreed to extend the time by which defendant Rebtel Mobile, Inc. has to file and serve an answer or otherwise move in response to the Complaint from June 17, 2008 to July 17, 2008. Counsel for the parties have also agreed that defendant Rebtel Networks, AB waives the need for service of the Complaint under the Hague Convention. Counsel herein has agreed to accept service on Rebtel Networks, AB's behalf. Both defendants reserve their rights to raise any jurisdictional defenses or other issues unrelated to service that they may have and they each have until July 17, 2008 to file and serve an answer or otherwise move in response to the Complaint. The parties have not previously requested an extension.

*So ordered*
*[signature] Sweet*
*USDJ*
*6·19·08*

**WINSTON & STRAWN LLP**

The Honorable Robert W. Sweet
June 18, 2008
Page 2

      We hope that the proposed schedule is acceptable to the Court.

      Sincerely,

      Scott R. Samay
      Peter C. McCabe III

cc:    J. Mark Wilson, Esq. (via facsimile)