

*Sweet, J*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANACARD, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>REBTEL NETWORKS, AB and<br>REBTEL MOBILE, INC.,<br><br>    Defendants. | 08 Civ. 4859 (RWS) |

RECEIVED
JUL 16 2008
JUDGE SWEET CHAMBERS

<u>JOINT STIPULATION AND ORDER
EXTENDING TIME TO ANSWER COMPLAINT</u>

  It is hereby stipulated, by and between Stanacard, LLC and defendants Rebtel Networks, AB and Rebtel Mobile, Incorporated, through their undersigned counsel, subject to the approval of the Court, that the time within which Rebtel Networks, AB and Rebtel Mobile, Incorporated may answer, move or otherwise respond to the Complaint is hereby extended to and including August 17, 2008. The current due date for a response to the Complaint is July 17, 2008. There has been one previous request to extend time for responding to the Complaint.

1

July 11, 2008

_____
Scott R. Samay, Esq.
WINSTON & STRAWN, L.L.P.
200 Park Avenue
New York, New York 10166
(212) 294-6700
(212) 294-4700 (fax)

Peter C. McCabe III, Esq.
W. Gordon Dobie, Esq.
WINSTON & STRAWN, L.L.P.
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
(312) 558-5700 (fax)

*Attorneys for Plaintiff
Stanacard, LLC*

July 14, 2008

_____
Jesse J. Jenner (JJJ 4403)
ROPES & GRAY, L.L.P.
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000
(212) 596-9090 (fax)

*Attorneys for Defendants
Rebtel Networks, AB
Rebtel Mobile, Incorporated*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/23, 2008

_____
Honorable Robert W. Sweet
United States District Court

2