**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STANACARD, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REBTEL NETWORKS, AB, and<br>REBTEL MOBILE, INC.,<br><br>　　　　Defendants. | Civil Action No. 08 CV 4859 (RWS)<br><br>ECF Case |

**REBTEL NETWORKS, AB, AND REBTEL MOBILE, INC.'S,**
<u>**RULE 7.1 DISCLOSURE STATEMENT**</u>

　　　　Pursuant to Fed. R. Civ. P. 7.1, Defendants Rebtel Networks, AB, and Rebtel Mobil, Inc., state:

　　　　1.　　No publicly held corporation owns 10% or more of stock of either Rebtel Networks, AB, or Rebtel Mobile, Inc.; and

　　　　2.　　Rebtel Owners, AB, is the immediate parent firm of Rebtel Networks, AB. Rebtel Networks, AB, is the immediate parent firm of Rebtel Mobile, Inc.

Respectfully submitted,

Dated: New York, New York
      August 15, 2008      By:   s/ Jesse J. Jenner

      Jesse J. Jenner (JJJ 4403)
      (jesse.jenner@ropesgray.com)
      Ching-Lee Fukuda (CF 7143)
      (ching-lee.fukuda@ropesgray.com)
      Todd M. Simpson (TS 9953)
      (todd.simpson@ropesgray.com)
      Ropes & Gray LLP
      1211 Avenue of the Americas
      New York, NY  10036
      Telephone: (212) 569-9000
      Facsimile: (212) 569-9090

*Attorneys for Defendants*