AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__    DISTRICT OF    __New York__

### APPEARANCE

Case Number: 08-CV-4859 (RWS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Rebtel Networks, AB, and Rebtel Mobile, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/15/2008 | /s/ Todd M. Simpson |
| Date | Signature |
| | Todd M. Simpson          TS 9953 |
| | Print Name                Bar Number |
| | 1211 Avenue of the Americas |
| | Address |
| | New York        NY        10036 |
| | City            State     Zip Code |
| | (212) 596-9000            (212) 596-9090 |
| | Phone Number              Fax Number |