```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/09
```

08 cv. 4859

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

IN THE MATTER OF AN APPLICATION : ORDER NO. 84
TO BRING AN ELECTRONIC DEVICE(S) :
INTO THE DANIEL PATRICK MOYNIHAN :
UNITED STATES COURTHOUSE :
FOR USE IN A TRIAL OR PROCEEDING :
                                :
------------------------------X

_Robert W. Sweet_, Judge, in connection with an action titled _Stangcard, LLC -v.- Rebtel Networks, AB_, hereby authorizes the following attorney(s) to bring certain electronic equipment as described below into the Courthouse for use in the action. The proceeding is anticipated to begin on _Sept 2, 09_ and conclude on _Sept 2, 09_.

Attorney Name | Equipment Description
--- | ---
1. Jessie Jenner / Ching Lee-Fukuda | Switch & DA
2. Scott Samay / Jason Chankow | 3 laptops, switching devices, projector, monitor, feist folding screen, visualizer, cables, extra vga, scripts + power cords

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.

By bringing equipment into the Courthouse, the attorney(s) certifies that the electronic device(s) will not be used to send or receive wireless transmissions, create, record, or broadcast visual images or sounds or alternatively, that any such capability has been disabled. The attorney(s) also certifies that the device(s) will not be used by any other person.

Dated: 8/25/09
New York, New York

APPROVED

_/s/ Illy Harrold_
DISTRICT EXECUTIVE

SO ORDERED.

_/s/ Sweet_
U.S.D.J.